# United States District Court

DISTRICT OF __OREGON__

UNITED STATES OF AMERICA
V.

LUIS BARRERA-CORNEJO

## CRIMINAL COMPLAINT

CASE NUMBER: 07 mj 459

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 16, 2000__ in __Marion__ County, in the _____ District of __Oregon__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully and knowingly move and travel in interstate commerce from Marion County, Oregon, with the intent and purpose of said defendant, then and there to avoid prosecution for one Count of Murder, one Count of Kidnaping in the Second Degree, and one Count of Robbery in the Second Degree.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a __Special Agent of the FBI__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:　☒ Yes　☐ No

_____SA S. _____ W_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Special Agent
Federal Bureau of Investigation

__July 31, 2007__　　at　__Portland, Oregon__
Date　　　　　　　　　　　　　　　　City and State

Janice Stewart, U.S. Magistrate Judge　　　_____
Name & Title of Judicial Officer　　　　　　Signature of Judicial Officer

STATE OF OREGON         )    ss. AFFIDAVIT OF SA S. RENEE WEBER
COUNTY OF MULTNOMAH     )

I, S. Renee Weber, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation and have been so employed for almost two (2) years. I am currently assigned to the Portland Division-Salem Resident Agency of the FBI, where I investigate violations of federal law.

2. This affidavit is submitted in support of a complaint charging Luis Barrera-Cornejo (fugitive), Hispanic male, date of birth December 5, 1974, with Unlawful Flight to Avoid Prosecution, on or about November 16, 2000, in violation of Title 18, United States Code, Section 1073.

3. On December 18, 2000, Luis Barrera-Cornejo was indicted by a Marion County, Oregon Grand Jury charging him with one count of Murder, one count of Kidnaping in the second degree and one count of Robbery in the second degree. On December 19, 2000, a felony arrest warrant was issued by a Marion County Circuit Court Judge at Salem, Oregon allowing for no bail.

4. On June 7, 2007, a source provided information to the Salem Police Department (PD) regarding the whereabouts of Barrera-Cornejo. This source was not previously known to the Salem PD, but came forward voluntarily without promise of compensation or other consideration. She advised that she was with her spouse at the Marion County Jail, Marion County Court House Annex in Salem, Oregon in approximately May 2007, when her husband saw a picture of the fugitive Barrera-Cornejo hanging on the wall. Her husband advised her that

1

he knew Barrera-Cornejo and had grown up with him in Mexico. Her husband further advised her that after the murder, Barrera-Cornejo returned to Guanajuato, Mexico where the two of them had grown up.

5. The Source also advised that her husband's brother was in Guanajuato in December, 2006, and that he stated that Barrera-Cornejo was living there. Source further advised that other members of her husbands family living in Guanajuato have advised that Barrera-Cornejo is still living there.

6. By letter dated June 20, 2007, the Marion County District Attorney's Office, requested that the Federal Bureau of Investigation, assist in locating and apprehending Luis Barrera-Cornejo. The Marion County District Attorney's Office has pledged to extradite Barrera-Cornejo from wherever found.

7. Based on the foregoing, I have probable cause to believe that Luis Barrera-Cornejo has fled the State of Oregon to avoid prosecution for the state crimes of Murder, Kidnaping in the Second Degree, and Robbery in the Second Degree. This affiant respectfully requests that a warrant be issued for his arrest.

SA S. Renee Weber
Federal Bureau of Investigation

Honorable Janice Stewart
United States Magistrate Judge
District of Oregon
Portland, OR

Sworn and subscribed before me
this 31st day of July, 2007

2